IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) CRIM 05-5 |
| FREDERICK WHITE, III, (1) | ) |

## NOTICE

The above entitled case is set for __Change of Plea__

on __October 12, 2005__ at __3:30PM__ in Courtroom A, 2nd Floor, U.S. Post Office & Courthouse, Erie, PA, before the Hon. Maurice B. Cohill, Jr., Senior District Judge.

_____
Richard Witas, Courtroom Deputy Clerk

Date:   Oct. 3, 2005

Copies to:   Christian Trabold, AUSA
Elliot J. Segel, Esq.

Pretrial Services
Probation Office - ERIE-Pgh
U.S. Marshal - ERIE - Pgh