MEMORANDUM OF NON-JURY TRIAL

# United States District Court
## For the Western District of Pennsylvania

UNITED STATES OF AMERICA

*Plaintiff*

vs.

No. CRIM 05-5 ERIE

FREDERICK WHITE, III, (1)

*Defendant*

**HEARING ON** CHANGE OF PLEA

*Before Judge* MAURICE B. COHILL, JR.,

Christian Trabold, AUSA                    ELLIOT J. SEGEL, ESQ.

*Appear for Plaintiff*                     *Appear for Defendant*

Hearing begun 3:30  10-12-05               Hearing adjourned to

Hearing concluded C. A. V. 4:00 10-12-05   Stenographer Mickey Powers

**WITNESSES:**

*For Plaintiff*                            *For Defendant*

Defendant Sworn,

No plea agreement

Plea accepted. Judgment of Guilt is entered as to Count 1,

PSR ordered. [Sentencing] ~~set for~~ is to be

~~(Passage of proof~~ ~~)~~

set after May 20, 2006,

Present Bond Continued.