CRIM 05-5
USA vs WHITE
cahill
M Powers ct Rep.

AND NOW, the defendant in the above-entitled case hereby withdraws his plea of not guilty entered MARCH 14, 2005 and now pleads guilty in open court this 12Th day of October 2005.

_____
Defendant

_____
Attorney