# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA
## PITTSBURGH, PENNSYLVANIA

CHAMBERS OF
MAURICE B. COHILL, JR.
UNITED STATES DISTRICT JUDGE
(412) 208-7380

*May 18, 2006*

*Christian A. Trabold, AUSA*

*Elliot J. Segel, Esquire*

*Frederick White, III (Regular & Certified Mail)*

*U.S. Marshal*

*Probation Office*

      Re:    *United States of America v. Frederick White, III*
                 *CR No. 05-5E*

Dear Counsel:

    *Please be advised that a Sentencing Hearing has been scheduled in the above captioned matter for Tuesday, August 22, 2006 at 9:00 a.m. in Courtroom A, 2nd Floor, Erie, Pennsylvania. Presence of the defendant at this proceeding is required. Mark your calendars accordingly.*

    *If you have any questions regarding this matter, please contact me as soon as possible.*

                                 *Very truly yours,*

                                 *John Galovich, Deputy Clerk*
                                 *to Judge Maurice B. Cohill, Jr.*