# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA
### PITTSBURGH, PENNSYLVANIA

CHAMBERS OF
MAURICE B. COHILL, JR.
UNITED STATES DISTRICT JUDGE
(412) 208-7380

June 29, 2006

Christian A. Trabold, AUSA

Elliot J. Segel, Esquire

Frederick White, III (Regular & Certified Mail)

U.S. Marshal

Probation Office

      Re:   United States of America v. Frederick White, III
             Criminal No. 05-5E

Dear Counsel:

    Please be advised that the Sentencing Hearing for defendant Frederick White, III scheduled in the above captioned matter on Tuesday, August 22, 2006 at 9:00 a.m. is hereby **RE-SCHEDULED** for Tuesday, August 22, 2006 at 10:00 a.m. before Judge Maurice B. Cohill, Jr. in Courtroom A, 2nd Floor, Erie, Pennsylvania. Presence of the defendant at this proceeding is required. Mark your calendars accordingly.

    If you have any questions regarding this matter, contact me as soon as possible.

                                Very truly yours,

                                John Galovich, Deputy Clerk
                                To Judge Maurice B. Cohill, Jr.