August 18, 2006

The Honorable Maurice B. Cohill, Jr.
United States District Court for the Western District of Pennsylvania
United States Courthouse
17 South Park Row
Erie, PA  16501

  **Re:** **United States v. Frederick White, Jr**
     **Docket No. CR 05—05 Erie**

Dear Judge Cohill:

  The sentencing proceeding in the above case is scheduled for Tuesday, August 22, 2006 at 10:00 a.m. in the Erie Branch of this Court.  Along with this letter I am today filing six (6) letters of character reference written on behalf of my client, Mr. White.  Your consideration of these letters will be requested at the time of sentencing.  Thank you.

           Very truly yours,

           SEGEL & SOLYMOSI


           By: _____
             Elliot J. Segel, Esq.
             Counsel for Frederick White, Jr.


cc: Christian Trabold Esq, (US Attorney's Office)