# Victory
## Chrisitan Center

May 15, 2006

Route 422/15 Bedford Road
Lowellville, Ohio 44436

**Senior Pastors**
David L. Thomas
&
Kathie Thomas

**Senior Associate Pastor**
Joe Thomas

**Campus Pastors**
Main Campus
Pastor Joe
& Donna Thomas

New Wilmington Campus
Pastors Rob
& Mickey Cypher

**Associate Pastors**
Fred Baer
Lock P. Beachum Jr.
Jim Cook
Chris Gilkey
Carol Hutchins
Jerome Minor
Juan Rivera
Laura Rowe
Marcia Sagenich
Gary Sweet

**Service Times**

Main Campus
Sundays:
9:00AM & 11:00AM
Worship Services

New Wilmington
Campus
Sundays:
10:30AM
Worship Services

Vicki Gonzalez
Director of Administration
330.536.2127
theresaplaceforyou.com

The Honorable Judge Maurice B. Cohill Jr.,

    Your Honor my name is Joseph P. Thomas and I serve as the Senior Associate Pastor at 'Victory Christian Center in Lowellville, Ohio. I am writing you on behalf of Mr. White who I understand is to be sentenced in your Court Room.

    I have known Fred since he was a teenager, having lived in the same town and Fred attended our youth group during some of that time. We lost contact during Fred's late teen years.

    We became re-acquainted a little over two years ago, when Mr. White began to attend Victory Christian Center once again. Knowing his past, I was impressed with the positive change I saw in him. As time passed and we saw Fred's consistency, I approved his being hired as a Custodian here at Victory where he has worked for the past two years. Fred has been an exemplary employee, faithful to his duties with an excellent attendance record. He serves here with a smile on his face and is well thought of by our whole Pastoral staff whom I oversee as well. I have not had one negative report on Fred, and have been more than satisfied with his performance.

    Fred continues to be faithful in his job, in his church attendance and has a good reputation here and in the community. He is a good man, respectful of others, supportive of his family and friends. Fred has continued his education, working towards a bright future. He has really turned his life around. The Fred I now know is a man of character, having a positive effect on those around him. I am proud o f the man he has become.

    Your Honor, l am asking that you take into consideration during sentencing what I have shared here, and that Mr. White's sentence be as lenient as possible.

    Should you wish to speak with me, please call my office at 330 536 2127.

    'You're assistance here will be greatly appreciated by Mr. White and me
Thank You.
Sincerely yours,

Pastor Joseph P. 'Thomas
Senior Associate
Victory Christian Center
Lowellville, Ohio

*there's a place for you*



Christian Center

**Senior Pastors**
David L. Thomas
&
Kathie Thomas

**Senior Associate Pastor**
Joe Thomas

**Campus Pastors**
Main Campus
Pastor Joe
& Donna Thomas

New Wilmington Campus
Pastors Rob
& Mickey Cypher

**Associate Pastors**
Fred Baer
Lock P. Beachum Jr.
Jim Cook
Chris Gilkey
Carol Hutchins
Jerome Minor
Juan Rivera
Laura Rowe
Marcia Sagenich
Gary Sweet

Route 422/15 Bedford Road
Lowellville, Ohio 44436

May 15, 2006

Honorable Maurice B. Cohill, Jr.

Re:   Frederick White, Jr.

Dear Judge Cohill,

I am writing this letter as a senior minister at Victory Christian Center in Lowellville, OH. I would like to take this time to give a reference for Fred White Jr. who I understand will be sentenced May 23, 2006.

Mr. White has faithfully attended our church for 2 1/2 years and more recently has become a part time employee at Victory Christian Center. As his pastor and employer, I have had many opportunities to work with him, observe him interacting with our staff and church family as well as attending actual church services on Friday evenings and Sunday mornings

I must tell you I have been very impressed with Fred during this very trying time in his life. I believe him to be a man of good character who made some bad choices in his past. I also believe he has learned very valuable life lessons that will allow him to become an outstanding citizen for years to come.

I would ask for the court to consider the points I have mentioned regarding Mr. White and sentence him as leniently as possible He is truly a fine young man.

Respectfully yours,


Rev. David L. Thomas,
Victory Christian Center

**Service Times**

Main Campus
Sundays:
9:00AM & 11:00AM
Worship Services

New Wilmington
Campus
Sundays:
10:30AM
Worship Services

Vicki Gonzalez
Director of Administration
330.536.2127
theresaplaceforyou.com

*there's a place for you*

# Victory Christian Center

Route 422/15 Bedford Road
Lowellville, Ohio 44436

**Senior Pastors**
David L. Thomas
&
Kathie Thomas

**Senior Associate Pastor**
Joe Thomas

**Campus Pastors**
Main Campus
Pastor Joe
& Donna Thomas

New Wilmington Campus
Pastors Rob
& Mickey Cypher

**Associate Pastors**
Fred Baer
Lock P. Beachum Jr.
Jim Cook
Chris Gilkey
Carol Hutchins
Jerome Minor
Juan Rivera
Laura Rowe
Marcia Sagenich
Gary Sweet

Service Times

Sundays:
9:00AM & 11:00AM
Worship Services

New Wilmington Campus
Sundays:
10:30AM
Worship Services

Vicki Gonzalez
Director of Administration
330.536.2127
theresaplaceforyou.com

April 11, 2006

To The Honorable Maurice B Cahill, Jr

I would like to take this opportunity to introduce myself. I am Pastor Fred Baer, Associate Pastor with Victory Christian Center in Coitsville Township, Lowellville, Ohio. Currently, I am Visitation Pastor and part of the minstry that I oversee is Prison Ministry and working with young men in and out of the prison system.

I know that Mr. Fred White, Jr. will be standing before you for his sentencing very soon. I have known Fred from the time he was a young child. He went to school with my son and they graduated together from Lowellville High School.

Fred grew up in our church being very active in the Youth Ministry. He was one of those teenagers who always respected authority and was never in trouble. He grew up in a great home with loving parents. Fred may have been overprotected as a teenager. I believe when Mr. White left home and had freedom from any oversight from others, he fell into the trap of worldly things. I'm quite sure this is why he is standing before you.

I think given the opportunity, Mr. White will be a model citizen; never making the same mistake he made, or any other like it in the future. Mr. White has proven himself by remaining drug free, working here at the church in our maintenance department, and going to college to obtain a degree.

I do believe that some punishment needs to be brought forth for his actions of the past, but I am also asking you to take all things into consideration and sentence him as leniently as possible He is not a repeat offender and I believe that he never will be.

Thank you for your consideration in this matter.

Respectfully yours,


Pastor Fred Baer
Visitation Pastor

*there 's a place for you*



**TEEN CHALLENGE INTERNATIONAL**
Faith-Based Solution for the Drug Epidemic
OHIO/PA CRISIS AND REFERRAL CENTER

April l7, 2006

The Honorable Maurice B. Cohill, Jr.
Erie, Pennsylvania Federal Court

Your Honor,

My name is Rev. Kevin Rauch. I am Executive Director of Teen Challenge International Ohio/PA Crisis and Referral Center in Youngstown, Ohio. Teen Challenge is a faith-based, 1 year residential program for men, women, and teens with drug and/or alcohol addictions. I have worked with Teen Challenge for 22 years. I am writing on behalf of Frederick White, Jr. who I understand will be sentenced by Your Honor in May.

I have known Mr. White for 10+ years, as he and his brother were part of the youth group of the church that I attend, Victory Christian Center, as teenagers. In addition, I counseled Fred's brother, Joe, on several occasions before placing him in a residential Teen Challenge facility. Joe successfully completed the Teen Challenge in July of 2005 and is currently on staff at the Chicago, IL Teen Challenge Men's Center. I was also asked to counsel with Fred initially following his arrest for unlawfully obtaining prescription medication. I have continued to see Mr. White on numerous occasions as he has traveled with my rally team to various churches to talk about the choices that he made. In addition, he has taken a position at Victory Christian Center as a custodian, and is very active at the church, facilitating our meeting on a frequent basis.

When Mr. White's mother, Carla, requested that I speak with him, I encouraged Fred, Jr. to plug in to Victory Christian Center, and to make himself accountable to the pastors on staff there, which he did immediately. Fred Jr. has continued to remain accountable to the pastors of the church, and to myself as well. He has an excellent disposition, is truly repentant for past mistakes, and eager to resolve the issues of the past and to move on with his life. He has been an inspiration to many young men at the church, encouraging them not to digress from a right path as he did, and showing that he is willing to face the consequences of his decisions, no matter how difficult that may be. I feel that he is of excellent character, and has made the best of a bad situation.

I would ask the Judge to consider Fred White's past mistakes in light of his present situation and sentence him as leniently as possible. I thank you for your consideration in this matter.

Sincerely,


Rev. Kevin M. Rauch
Executive Director

P.O. Box 807 . Youngstown, OH 44501 . Phone: 330-779-0099 . Fax: 330-779-0088 . Email: tcrambo@yahoo.com

*Clemente & Wagner Co., L.P.A.*

**ATTORNEYS AT LAW**

700 FIFTH STREET

**STRUTHERS. OHIO 44471-1796**

PHONE (330) 755-1437
**FAX (330) 755-2330**

**MICHAEL C. CLEMENTE**
**CAROL CLEMENTE WAGNER**


May 18, 2006


Honorable Maurice B. Cohill, Jr.
c/o Attorney Elliot J. Segel
818 State Street
Erie, Pennsylvania 16501

RE:   *United States v. Frederick White, Jr.*
         *Criminal No. 05-05, Erie*

Dear Judge Cohill:

Please allow me to introduce myself prior to addressing the above-captioned matter. My name is Carol Clemente Wagner. I am an attorney and Law Director for the City of Struthers. I have been practicing law 18 years in a small practice I share with my father, a practicing attorney for 52 years. I have been Law Director and Prosecutor for the City of Struthers' Municipal Court for the past 14 years.

I have known Fred White, Jr. and his family for several years and attend the same church. I was at the church service when Fred publicly admitted his addiction to drugs and subsequent illegal activity. In mid-2004, Fred voluntarily entered an in-house drug rehabilitation program and has had clean random drug tests for over 18 months. Fred has no prior drug offenses or criminal record.

I see and speak with Fred on a weekly basis every Friday and Sunday. Fred works part-time on the janitorial staff at our church. After completing rehabilitation, Fred enrolled at Youngstown State University full-time in a four-year program. Fred graduates from Youngstown State University with a four-year degree this May.

Fred White, Jr. although illegally obtained drugs, never sold the drugs for personal gain. Fred White, Jr. solely used the drugs for his own personal use. When Fred was forced to face his addiction, Fred of his own volition, entered rehabilitation, successfully completed their in-house program and all of their outpatient requirements including random drug tests.

Honorable Maurice B. Cohill, Jr.
c/o Attorney Elliott J. Segel
May 19, 2006
Page 2


Fred White, Jr. is a fine young man who although made some poor decisions in the past, has taken the necessary steps to turn his life around. I have witnessed his personal growth and would trust him in all aspects of life.

If I can be of any further assistance or if you should have any questions, please feel free to contact me at my private office or by my cell phone 330-501-1697.

Thank you for your kind consideration in this matter.

        Very truly yours,

        **CLEMENTE & WAGNER CO., L.P.A.**

        **Carol Clemente Wagner**


**CCW/nhm**

To Honorable Maurice B. Cohill, Jr.

My name is Roberto M. Risi. I am a native of Youngstown, Ohio and I will be graduating from Y.S.U. in May with my B.S. in Chemistry. I will attend the University of Wisconsin at Madison in the fall in order to pursue a Ph.D. in Organic Chemistry. I work at Y.S.U. part-time tutoring other students in Chemistry at the Center for Student Progress. I also work part-time on the Maintenance Staff at Victory Christian Center in Lowellville, Ohio. I am writing this letter to you on behalf of Mr. Frederick White, Jr. who will be appearing before you for sentencing.

I met Mr. White through working together at church in November 2004. We attended regular small group meetings biweekly where we became friends. He explained his situation to me regarding his crime at the pharmacy he worked at. I encouraged him to return to school at Y.S.U. while he waits for the court proceedings to finalize, so that even if he could not pursue a career in pharmacy he could get a related degree in chemistry and still find decent work. We worked together, and had several classes together. I also encouraged him to obtain a part-time position at Y.S.U. on the janitorial services, which he did. I also tutored him in a chemistry class and helped him put together a résumé and job applications over the internet. Over the last year and a half I have developed a close friendship with Fred.

While getting to know Fred, I have learned that he does regret the choices he made, and obviously the ramifications of them. However more importantly I feel he has learned the more valuable lesson of the vital importance of actively maintaining his relationship with God, which the neglect of it led to the crime in the first place. My own brother is in a drug rehabilitation Center working on staff, and I have seen over the past 3 years he has been there several men after months of being clean, not maintain their relationship with the Lord and return to the addictions. I see in Fred the kind of staying power it takes to live a clean and productive life. I've watched his consistency at church and school over the months and I am convinced he will not return to the state of mind he had when he committed his crime. I base my opinion on comparing his attitude to the countless others I witnessed return to that lifestyle. The nature of our job at Victory gives us the security alarm codes and keys to the buildings. If Fred wanted to he has had plenty of opportunity and access to steal valuables from the church and office building, needless to say he hasn't. He has told me that he has taken the required periodic drug tests and remained drug free over the last 2 years.

I simply ask, your Honor that upon sentencing Fred for the crime he has freely plead guilty of that you would take into consideration the consistency of his efforts to get his life back on track after a grave mistake. I believe the stop to his career as a pharmacist is punishment enough. I pray that you would sentence him as leniently as possible as permitted by the law for such a crime. I believe in second chances when the person has the proven through time that they will not squander the opportunity. Even as I write this I am aware that Fred has an interview this week with a company in Solon, Ohio. I hope you can see that Fred will not squander a second chance at life but will make the best of it.

Thank you for your attention and mercy,

 Sincerely,


Roberto M. Risi

4531 Woodhurst Dr. #7

Youngstown, OH 44515

330-717-5317