```
        UNITED STATES
        DISTRICT COURT
    WESTERN DISTRICT OF PENNSYLVANIA
            ERIE Division

      # 06000474  -  JD
       August 22, 2006

   Code    Case #    Qty      Amount

   IND FELO 05-5 cr e          100.00 CH


   TOTAL→              100.00



   FROM: FREDERICK WHITE
```

CR 05-5 E
Special assess.
receipt #
   06-474