# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

United States )
)
)
vs. )   CR 05-05 Erie
Frederick White, III )
)
)
Defendants )

HEARING ON   Sentencing

Before   Judge Cohill

Chris Trabold, AUSA                                 Elliot Segel, Esq.

Appear for Plaintiff                                Appear for Defendant

Hearing Begun   10:00 a.m. Tues. 8/22/06           Hrg Adjourned to

Hrg concluded C.A.V.   10:45 a.m.                  Stenographer   Sandy Weinger

### WITNESSES
For Plaintiff                                       For Defendant

Restitution will be $6760.18.

Off. Level 6/I, 0-6 months imprisonment; probation 1-5 yrs.; Supervised release of 1 year, fine of $500-5,000; Rest. not of 6760.18; special assessment of $100.

Defense Witness, Chris Gilkey, Director of Student Ministries at Victory Christian Center in Ohio.

③ Defendant is hereby placed on probation for a term of 2 years; Restitution of $6760.18 to be paid to CVS; $100 special assessment. Defense Counsel notes that Defendant is Frederick White Jr. not III as caption states.