IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

United States of America    )
                            )
         vs.                )    Criminal Number 05-5E-1
                            )
FREDERICK WHITE, JR         )


The above named defendant satisfied the judgment of AUGUST 22, 2006 by paying on AUGUST 22, 2006 the full balance due on his/her court ordered:

    __X__ Assessment
    _____ Fine
    _____ Costs
    _____ other

The Court's docket and judgment index should be marked to reflect satisfaction of the judgment.

_____  _8/30/06_
Deputy Clerk                Date