**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**WESTERN DISTRICT OF PENNSYLVANIA**
**P. O. BOX 1820**
**ERIE, PENNSYLVANIA 16507**
WWW.PAWD.USCOURTS.GOV

**ROBERT V. BARTH, JR.**
**CLERK OF COURT**
814-464-9600

IN REPLYING, GIVE NUMBER
OF CASE AND NAMES OF PARTIES

DATE: October 18, 2006

*[Stamp: JUDGE GWIN  4:06 CR 510  MAG. JUDGE GALLAS]*

Clerk, US District Court
337 Thomas D. Lambros Federal Building and U.S. Courthouse
125 Market Street
Youngstown OH  44503-1787

Re:  USA v. Frederick White, Jr.
Criminal Action No. 05-05 Erie

Dear Sir or Madam:

The following certified copies of documents in the above entitled action are being forwarded to your office pursuant to an executed Probation Form No. 22, authorizing transfer of jurisdiction of this probationer to your District.

Judgment, Indictment and Docket Sheet

Please acknowledge receipt of these documents on the enclosed copy of this letter and return it to this office.

Very truly yours,

ROBERT V. BARTH, JR.
CLERK OF COURT

By: _____
Debra L. Mayo
Deputy Clerk

Enclosures

*[Stamp: RECEIVED OCT 27 2006 CLERK U.S. DISTRICT COURT WEST. DIST. OF PENNSYLVANIA]*

*[Stamp: FILED 2006 OCT 25 AM 11:16 CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF OHIO YOUNGSTOWN]*